UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY D. STEVENS, | No. 2:14-cv-1643-EFB P |
| Plaintiff, | |
| v. | ORDER |
| JOHN DOE 1-3, Supervisors, United States Postal Service, Sacramento, | |
| Defendants. | |

Plaintiff is a county inmate proceeding without counsel in a civil action. The court cannot review plaintiff's complaint until plaintiff properly files an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a)(1). Plaintiff has filed the required certified trust account statement, but failed to complete the required affidavit in support of his request to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that:

1. Within 30 days from the date of this order, plaintiff shall file a completed affidavit in support of his application to proceed in forma pauperis. Failure to comply with this order may result in recommendation of dismissal.

/////

/////

/////

1

2. The Clerk of the court is directed to send to plaintiff a new form Application to Proceed In Forma Pauperis by a Prisoner.

DATED: July 23, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE