1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JIMMY D. STEVENS,                              No.  2:14-cv-1643-EFB P

12                  Plaintiff,

13          v.                                      ORDER AND FINDINGS AND
                                                    RECOMMENDATIONS
14   JOHN DOE 1-3, Supervisors, United States
     Postal Service, Sacramento, et al.,
15
                  Defendants.
16

17

18          Plaintiff is a county inmate proceeding without counsel in a civil action.  On July 21,

19   2014, the postal service returned documents directed to plaintiff as "undeliverable, not deliverable

20   as addressed."  A party appearing without counsel must keep the court and all parties apprised of

21   his current address.  L.R. 183(b).  If mail directed to a plaintiff is returned by the postal service

22   and plaintiff fails to notify the court and opposing parties within 63 days thereafter of her current

23   address, the court may dismiss the action without prejudice for failure to prosecute.  *Id.*  More

24   than 63 days have passed since the postal service returned the mail and plaintiff has not notified

25   the court of his current address.

26          Accordingly, it is hereby ORDERED that the Clerk of the Court randomly assign a United

27   States District Judge to this case.

28   /////

                                                   1

1      Further, IT IS HEREBY RECOMMENDED that this action be dismissed.  *See* Fed. R.

2   Civ. P. 41(b); E.D. Cal. L.R. 110, 183(b).

3      These findings and recommendations are submitted to the United States District Judge

4   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

5   after being served with these findings and recommendations, any party may file written

6   objections with the court and serve a copy on all parties.  Such a document should be captioned

7   "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

8   within the specified time may waive the right to appeal the District Court's order.  *Turner v.*

9   *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

10  Dated:  September 25, 2014.

11

12                              EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28